William DICKS, Petitioner

v.

Philadelphia Common Pleas Judge Roger F. GORDON, Respondent

No. 91 EM 2017

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of October, 2017, the Petition for Writ of Mandamus is

DENIED. The Prothonotary is DIRECT-ED to strike the name of the jurist from the caption.